AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\* DISTRICT OF   NEVADA

SEAN RODNEY ORTH,

      Petitioner,        JUDGMENT IN A CIVIL CASE

V.

                            CASE NUMBER:  **3:15-cv-00131-MMD-VPC**

WARDEN, HDSP, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** this action is dismissed without prejudice to the filing of a new petition in a new action with a properly completed pauper application with all new and complete financial attachments.

  March 9, 2015                                               **LANCE S. WILSON**
                                                                   Clerk

                                                                 /s/ D. R. Morgan
                                                                    Deputy Clerk