UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SEAN RODNEY ORTH,<br><br>             Petitioner,<br><br>   v.<br><br>WARDEN, HDSP, *et al.*,<br><br>             Respondents. | Case No. 3:15-cv-00131-MMD-VPC<br><br>ORDER |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before the Court are two motions. (ECF Nos. 13, 15.) In the motion to clarify, respondents request that the Court direct petitioner to either provide a copy of the state court judgment of conviction or the known state court case number which serves as the basis of his petition. (ECF No. 13.) In his response, petitioner identified the case number for the Nevada state court case. (ECF No. 14.) Respondents' motion to clarify (ECF No. 13) is therefore denied as moot. Respondents also moved for an extension of time to serve and file an answer to the petition. (ECF No. 12.) Good cause appearing, respondents' motion for enlargement of time (ECF No. 12) is granted *nunc pro tunc*.

DATED THIS 28th day of September 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE