# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SEAN RODNEY ORTH, <br><br> Petitioner, <br> v. <br> WARDEN HDSP, *et al.*, <br><br> Respondents. | Case No. 3:15-cv-00131-MMD-VPC <br><br> ORDER |

Respondents' motion for an extension of time (ECF No. 37) is granted. Respondents will have until April 11, 2018, to file an answer to the petitioner's first amended petition for writ of habeas corpus pursuant to 28 U.S.C. §2254.

DATED THIS 27th day of February 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE