UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| SEAN RODNEY ORTH, | Case No. 3:15-cv-00131-MMD-VPC |
|---|---|
| Petitioner, | |
| v. | ORDER |
| WARDEN HDSP, *et al.*, | |
| Respondents. | |

Petitioner's motion for an extension of time (ECF No. 41) is granted. Petitioner will have until June 11, 2018, within which to file a reply to the respondents' answer to his first amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

DATED THIS 10th day of May 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

1