UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SEAN RODNEY ORTH,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br>WARDEN HDSP, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:15-cv-00131-MMD-VPC<br><br>ORDER |

Petitioner's motion for an extension of time (ECF No. 43) is granted. Petitioner will have until July 11, 2018, within which to file a reply to the respondents' answer to his first amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

DATED THIS 11th day of June 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1