UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SEAN RODNEY ORTH,<br><br>Petitioner,<br>v.<br>WARDEN HDSP, *et al.*,<br><br>Respondents. | Case No. 3:15-cv-00131-MMD-VPC<br><br>ORDER |

Petitioner's motion for an extension of time (ECF No. 45) is granted. Petitioner will have until July 21, 2018, within which to file a reply to the respondents' answer to his first amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]

DATED THIS 11th day of July 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that although the motion is captioned for a different case number, it is clear based on the deadline sought to be extended and the status of this and the other case that petitioner intended to file his motion in this case.

1